IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 18-cr-3225-VJ |
| vs. | ) | |
| | ) | |
| **JASON DAVIS,** | ) | |
| | ) | |
| Defendant. | ) | |

**<u>UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PSR</u>**

Defendant Jason Davis has filed six objections to the PSR.  The United States addresses each objection in turn:

Objection 1-4: Defendant objects to paragraph 14 of the PSR which assessed a 2-level enhancement pursuant to USSG § 2G2.1(b)(2)(A) for the touching that occurred in the video. Defendant does touch and rub the victim's inner thigh, thus, the enhancement was properly applied.  The United States can make the video available for review during sentencing.

Objection 5 & 6: The United States believes this information was properly assessed by the probation officer.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

***<u>Electronically Filed 6/21/2019</u>***
MARISA A. ONG
Assistant United States Attorney
200 N. Church St
Las Cruces, NM 88001
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

_____/s/_____
MARISA A. ONG
Assistant United States Attorney